47,835-01,02

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAY 07 2015

Abel Acosta, Clerk

Clerk, Louise Pearson
Court of Criminal Appeals
P.O. Box 12308, Capital Station;
Austin, Texas 78711

In Re: "News of Freedom"....

Dear Court,

Upon Tuesday November 4, 2014, the Dallas Morning Newspaper published an article about, "prosecution error leads to retrial", and within the 265th District Court of Dallas County, Texas; U.S. District Judge Reed O'Connor let two men go; due to, "prosecutorial misconduct"...
*See: page 10 B(top) Dallas Morning News 11/4/14 - 11/5 followed by 265th District Judge Jennifer Bennett and D.A. Susan Hawk + Commissioner Andy Nguyen

For years, me and my brother wesley, have the same injustice here in Houston Texas, Harris County... *See: 10th District Court of Appeals for New Orleans Louisiana followed by Texas Codes of Criminal Procedures 11.07 and Writ of Habeas Corpus; Writ Nos.: WR-47,835-02 /749119 and WR-47,835-03/774678... "Final Judgment" were January 25, 2010...
   *See: Court of Criminal Appeals of Austin Texas and Clerk, Louise Pearson...
   *See: State Bar of Texas Complaints No. 586038 followed by complaint against Appeal Attorney Jack Roady Bar No. 24027780
   *See: Civil Action No.: SA-DG-0083 / 5:10cv0083 White vs Texas, Western District of Texas Judge, Orlando L. Garcia followed by White vs Garcia, 2:10 cv 137

The settlement coming from the "Appeals Court", were either $800,000,000.00 or the McDonald's Burger Corporation. Now, it's both!

over→

*See: Texas' State Lt. Governor Dan Patrick KPUR-1440AM "Sports Center" in 2010 and Amarillo Globe Newspaper followed by KQIZ-93.1 "The Beat" of Amarillo Texas and Shawnda Jones

*See: Midland/Odessa Texas' KMND-1510 Am with then, Texas' State Senator Dan Patrick followed by Houston's KBXX-97.9 "The Box"; 93.7 FM "The Beat" with DJ Devi Dev; ~~~~ KPRC-NBC 2 of Houston and KTBU-CBS 11

*See: Miami's 103.5 FM "The Beat" with DJ K. Foxx and WPXC-NBC followed by Dallas' KFSB-97.9 FM "The Beat" with DJ Scrappy and KXAS-NBC 5 TV

*See: WYLD-FM 98.5 with DJ Hektik of New Orleans, LA followed by KPWR-FM 106 Los Angeles; WVRB-106.3 FM Rockford, IL with DJ Showtyme and KJMM-105.3 FM of Tulsa, OK

I'd sunt the "white cards", from the "Court of Criminal Appeals", both, to Judge Orlando L. Garcia of the Western District of Texas. Along with, my 1983 Complaint. The other, "white Card", to the 5th Circuit months later. And, after being sunt.

The "white Cards", said, "Dismissed of all Charges." For indictment 749119 and 774678; while being sealed as the "Final Judgment" by Clerk, Louise Pearson upon January 25, 2010...

There were no other "Detainers". Nor, subjects.

I, Patrick White, Sr., swears to tell the truth and nothing but the truth under oath with my hand upon the Holy Bible...
*See: 28 usc 1746 followed by V.A.T.C.C.P. article 132.001- 132.003 under, penalty if commit perjury.

Prayer

Court will grant my "Petition/Brief" for "Freedom". And, fully exonerate us. As per by the USCA Const. Amend 4, 14...
*See: 28 usc 2253 followed by Barron vs Baltimore and Bolling vs Sharpe, 347 us 497 (1954) (under, due process) (autrefois acquit or autrefois convict)..

*See: Federal Habeas Statue 28 USC 2225 followed by "Ineffective Assistance of Counsel" in Strickland vs Washington, 466 us 668 (1984) followd by State vs Cage, 554 So. 2d 39, 41 (1989) (under, "Reasonable Doubt")...

*See: Smith vs Massachusetts, 543 us 462 (2005)(under, "Final Judgment); Sanabria, 437 us 54 ("Double Jeopardy") followed by U.S. vs Sisson, 399 us 267 (1970)(verdict of acquittal"); Fong Foo vs U.S., 369 us 141 (1962) and U.S. vs Scott, 437 us 82 ("Judgment of acquittal)

3